JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREY KISEL,<br><br>                    Petitioner,<br><br>          v.<br><br>KRISTI NOEM, et al.,<br><br>                    Respondents. | Case No. EDCV 25-03260-KK-E<br><br><br>JUDGMENT |

Pursuant to the Order Granting the Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and judgment is entered in favor of Petitioner.  (JS-6)

Dated: April 28, 2026

_____
HONORABLE KENLY KIYA KATO
United States District Judge